```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    21-CR-00652-JSR-6
    -against-                       :    ORDER
                                    :
Jerome Austin                       :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Jed S. Rakoff, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as deemed necessary by Pretrial Services.

Dated: New York, New York
May 20, 2022

SO ORDERED:

_____
Jed S. Rakoff
United States District Judge