UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEROME AUSTIN,<br><br>              Defendant. | Case No. S2 21 Cr. 652 (JSR) |

# [PROPOSED] ORDER GRANTING MELINDA BOTHE ADMISSION TO PRACTICE PRO HAC VICE

The motion of Melinda Bothe for admission to practice Pro Hac Vice in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the State of New York and that her contact information is as follows:

Applicant's Name: Melinda Bothe
Firm Name: Allen & Overy LLP
Address: 1101 New York Avenue NW
City/State/Zip: Washington, DC 20005
Telephone: 202-682-3880

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendant Jerome Austin in the above captioned action; therefore

**IT IS HEREBY ORDERED** that applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the rules governing the discipline of attorneys.

4

_Jed S. Rakoff, U.S.D.J._
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007
June 29, 2022

5