UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME AUSTIN,<br><br>Defendant | No. S2 21 Cr. 652 (JSR) |

# DEFENDANT JEROME AUSTIN'S SENTENCING MEMORANDUM

ALLEN & OVERY LLP

David Esseks
Melinda Bothe

1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300

*Counsel for Defendant Jerome Austin*

**TABLE OF CONTENTS**

1. PRELIMINARY STATEMENT ...................................................................................... 1
2. JEROME'S PERSONAL HISTORY AND CHARACTER ........................................... 3
   (a) Jerome's Upbringing and Emigration to the United States ............................ 3
   (b) Jerome's Work History .................................................................................. 4
   (c) Jerome's Family ............................................................................................. 5
   (d) Jerome's Kindness to Others .......................................................................... 7
3. THE OFFENSE CONDUCT ......................................................................................... 9
   (a) The Beekman Securities Scheme ................................................................... 9
      (i) Jerome's Relationship with Trevor Nicolas ...................................... 9
   (b) The Commodities Fraud Scheme ................................................................. 11
   (c) False Statements ........................................................................................... 11
   (d) Flight ............................................................................................................. 11
4. WE ASK THE COURT FOR LENIENCY ................................................................. 12
      (i) Nature and Circumstances of the Offense and Just Punishment ........... 12
      (ii) Deterrence ............................................................................................. 13
      (iii) Protection of the Public ....................................................................... 13
CONCLUSION .................................................................................................................. 13

## TABLE OF AUTHORITIES

**Page(s)**

**Statute**

18 U.S.C. § 1001 (a)(2) .................................................................................................. 11

1.  PRELIMINARY STATEMENT

Jerome Austin is a good man. There is no doubt that he has flaws, as do all who come before this Court for sentencing. And yet we know the Court looks to understand the whole person when imposing judgment, and we submit this memorandum to put Jerome's flaws in context in order to aid the Court in determining the appropriate sentence here. When considered in context, we submit that the appropriate sentence for Jerome's conduct is a fraction of that imposed on Robert Lenard Booth for Booth's leadership role in the Beekman Securities scheme. Jerome is before the Court to be sentenced for more than that scheme, of course, but for the reasons set forth below, we submit that Jerome's sentence should be of a different order of magnitude than that imposed on Mr. Booth.

Jerome has been a salesman for his whole working life. He sold cars for years and then mortgages and then cars again after the 2008 financial crisis. Early in his career selling cars, he met Booth, whom he knows as Trevor Nicholas, a fellow Jamaican immigrant who was working at Potamkin Toyota in Manhattan in the early 1980s when Jerome arrived there. They became friends and kept in touch over the years.

By 2012, Jerome was diagnosed as morbidly obese and his health had deteriorated to the point that he was on disability. In 2016, he started living much of the year in Panama, in an effort to focus on his health. While there he was recruited by Trevor Nicholas to assist in a scheme to sell nonexistent stocks to investors outside the United States. Jerome began by proofreading and then suggesting edits to text that appeared on Trevor's websites. He later made investor calls as an "opener" for Trevor. He opened few clients and was paid little. He did not know the names of Trevor's other co-conspirators nor anything about their involvement in the scheme, he was not the architect behind the fake companies or their associated bank accounts, and he did not direct the flow of victim funds in any way. Over the six years of his involvement with Trevor's scheme, Jerome received $91,100, principally via Western Union transfers of a few hundred to a few thousand dollars at a time.

Contemporaneous texts show Jerome begging Trevor for money simply in order to eat and to pay his minimal rent in Panama.

Trevor was arrested for his leadership role in the Beekman Securities scheme in August 2021. Following leads from that scheme, agents interviewed Jerome in December 2021 when he returned to his family home in Connecticut for the holidays. In meetings then and in the Spring of 2022, the prosecution interviewed Jerome regarding the Beekman scheme and entered into a nonprosecution agreement with him, intending to have him testify at Trevor's trial before this Court in April 2022.

On the morning Jerome was scheduled to testify, the prosecution flagged that it had records of funds flowing to an account controlled by Jerome that it did not understand. At the end of that trial day, Jerome met with the prosecution and admitted his role in a different fraud scheme, separate from Trevor and operated from Panama and Costa Rica, in which Jerome initially assisted with opening customers for a scheme selling non-existent commodity contracts, and later served as a "banker," providing two corporate accounts in Panama for use by the scheme and receiving a 10% fee on the funds moved through the accounts. The next day, Jerome pleaded guilty pursuant to a cooperation agreement to the Beekman Securities scheme and to making false statements to the government. The agreement described the commodity fraud scheme as relevant conduct regarding which United States jurisdiction was not clear. Jerome met with the prosecution team again and was in the courthouse on the last day of the government's case at trial, ready to testify if called. Everything he told the government regarding his role in the Beekman Securities scheme was truthful.

Following the trial, under prosecution supervision Jerome attempted to develop evidence against co-conspirators in the separate commodity fraud scheme, with limited success. When it became clear that further cooperation efforts would not bear fruit, Jerome panicked and flew to Jamaica. Alerts put in place by the prosecution worked, Jerome was arrested in Kingston, imprisoned, waived extradition, and was returned to New York last month.

Probation has recommended a sentence of nine years in prison based on a calculation driven principally by the way the Guidelines treat the fraud scheme to which Jerome has pleaded guilty. We

suggest that a different lens is appropriate here. Without minimizing the significance of the Beekman Securities scheme for which this Court has already sentenced Trevor Nicholas, Jerome's role in that scheme, by conduct and reward, was a fraction of Trevor's: Jerome was a bit player who received at most a ninth of what Trevor received. And the government, knowing Jerome's role in that scheme in detail, was content that he not spend a day in jail for it. So we suggest that the sentencing decision before the Court, while it inescapably involves the Beekman Securities scheme, is really about the self-inflicted harms of Jerome's false statements and flight. These are serious crimes, to be sure, but the law calibrates their punishment quite differently than probation does here. The false statements, taken alone, would prompt a Guidelines range of 0-6 months, and the flight alone would prompt a Guidelines range of 18-24 months. Alternatively, either can justify a two-level Guidelines enhancement to the relevant level for the underlying fraud scheme. And the additional commodity fraud scheme does not add sufficient dollars to change the Guidelines calculus.

Jerome must be sentenced for his mistakes, including for the harm he helped cause to victims. But the Probation Office has failed to assess both his role in the fraud schemes and the significance of the cascading set of poor decisions that he made as the matter unfolded. And it has not had the benefit of the view of Jerome's life that we set forth for the Court below. Jerome is a 59-year old father and grandfather. The many letters to the Court that we attach to this submission bear out the role he has played in the lives of his family and friends. They send a consistent message: Jerome is a good man and a positive influence for many.

We ask the Court to consider the whole Jerome, in his life and in his mistakes, and to sentence him to a fraction of the time imposed on Trevor Nicholas.

**2.    JEROME'S PERSONAL HISTORY AND CHARACTER**

The letters submitted to the Court by his family, close friends, and former colleagues show Jerome to be a decent, caring, and family-focused man.

**(a)    Jerome's Upbringing and Emigration to the United States**

3

Jerome was born on May 10, 1963, in Kingston, Jamaica and was raised there by both of his parents. Jerome's father, Donald Austin, was the Director of Agriculture for the Jamaican government and his mother, Zelma Thompson, worked in the human resources department at a Jamaican university. Jerome has three siblings, two of whom currently reside near him in Connecticut. Jerome's eldest brother, Devrell Austin,[1] passed away from heart failure in 2015, the same year they lost their mother to cancer. Jerome remains very close to his younger sister, Karen Austin, who is a schoolteacher.

Jerome's mother immigrated to New York City in 1980, when Jerome was sixteen years old. He joined her in New York two years later at the age of 18. As described by his sister, Karen:

> "[Jerome] immediately sought employment and landed a job selling fabrics. He worked long hours helping to support the family back in Jamaica and also providing emotional and financial support to our mother who was severely asthmatic." (Ex. 2.)

Jerome lived with his mother in New York for five years. His mother worked for the Lincoln Center for the Performing Arts. He attended a year of college at the Borough of Manhattan Community College before seeking employment. Together, Jerome and his mother helped Jerome's siblings to ultimately join them in the United States. Jerome recalled times of culture shock and discomfort adjusting to life in the United States, but he understood that the United States would give him a better quality of life than remaining in Jamaica. Jerome is now a U.S. Citizen.

**(b)   Jerome's Work History**

Jerome was a car salesman and sales manager for nearly thirty years, starting in 1984. Jerome worked at various car dealerships in and around New York City, including Potamkin Toyota and Greenwich Honda. Jerome also had intervening stints as an independent mortgage broker from 1999 through 2008, when the mortgage crisis hit. Throughout this time, Jerome worked diligently and supported his family financially with his salary and the commissions earned from selling cars and mortgages.

---

[1] The Presentence Investigation Report incorrectly calls Jerome's eldest brother Devon. (PSR ¶ 56.)

4

Jerome's decent and caring nature was apparent throughout his career, and he earned great respect from his colleagues. Jerome's former colleagues fondly describe him as a "big brother" and mentor who was "always there to lend a hand if I needed help." (Ex. 12.) They write on Jerome's behalf:

> "There were many times Jerome and I would sit down, and he would give me great advice. That is the type of person Jerome is, he just wanted to see the ones he loved and cared for to do good and be great. I admired Jerome's hard work ethic and he truly inspired me to do my best. He would always say, 'The sk[y's] the limit Milly' and I believed him." (Ex. 12.)

> "[Jerome] was unlike anyone I had met before he has a great personality and spoke very articulate and every single customer he dealt with was very grateful for him and genuinely liked him . . . Jerome is by far one of the best men I know, and I am super blessed to have met him because a lot of the core values and principles he taught me I carry with me every day, in many ways I can say he is partially the reason I am the man I am today." (Ex. 13.)

(c) **Jerome's Family**

Family is at the center of Jerome's life. Jerome met his first partner, Pauline Peart, in 1985 in New York City and they had twin daughters, Natasha and Nicole, who are now 37 years old and reside in Connecticut. When Jerome separated from their mother, who was unable to care for their daughters due to mental health and addiction issues, he obtained sole custody of them. Understanding the sacrifices necessary to be a single father, Jerome "stepped up to the plate to raise his little girls," (Ex. 4), dropping out of college to work several jobs and provide a "safe, loving, and prosperous environment." (Ex. 3.) As Jerome's younger brother recalls:

> "I watched how he took care of not one, but 2, twin daughters. How he embraced fatherhood at a young age. While a lot of young men were shirking their responsibilities, he rolled up his sleeves and made sure his daughters were never in need or dependent on the system. He worked hard, often 7 days a week, to support them. When his relationship with their mother soured, he fought to gain custody of them because he knew they could always count on him to be better off. He got married and went on to have 3 more children with his wife. He raised 5 excellent children, 4 of whom graduated college. This is the Jerome I know." (Ex. 15.)

Natasha and Nicole recall that, despite his busy schedule, Jerome was present for all the major milestones in their lives, including high school track meets, college graduations, and even getting to know their prom dates. Jerome remains very close to his twin daughters, as well as to Nicole's children:

> "'Papo' as my girls affectionately call him, is a loving grandpa with a huge heart and is their biggest fan and supporter, just as he is for me." (Ex. 3.)

Jerome met his wife, Annmarie Bull-Austin, in New York City when he sold Annmarie her first car. They were married in 1990 and have three children: Khadeja, the eldest, her sister, Brittani, and brother, Tyler. Khadeja and her infant son live in Connecticut in her parents' home. Brittani and Tyler recently moved to Dallas, Texas. Annmarie credits Jerome for their children's successes. As Annmarie writes:

> "Jerome has always been a man who tremendously values, cherishes, and loves his Family and Friends. He has always instilled in his five (5) children to work hard, act with honesty/integrity, and 'Do The Right Thing' towards an enriched and fulfilling life. I can confidently state that Jerome has advocated and imprinted good values into our children during their formative years to their adulthood stage." (Ex. 1.)

And their children agree. Jerome's son, Tyler, describes how Jerome instilled in him and all his siblings the "importance of education, family, and working hard." (Ex. 7.) For some of his children, this came in the form of encouragement to stick to a difficult sport or extracurricular activity they wanted to quit. (*See* Ex. 7; Ex. 3.) For others, it involved four-hour long car drives back to college to confront a professor they felt had treated them unfairly. (*See* Ex. 6.)

Jerome's children are now grappling with the conduct at hand, each in their own way, as it stands in such stark contrast with the man who raised them:

- From Natasha: ". . . [M]y father, Jerome, is the glue that keeps our family together. He is selfless, caring and loving. . . He is truly loved by all, he is truly missed and there is a terrible void in my heart and within our family." (Ex. 4.)

- From Nicole: "I am grateful for [my father's] many sacrifices . . . for ensuring our needs were met, providing the opportunity to attend college, pushing me to pursue an MBA, the many birthday

celebrations, giving me away at my wedding, and especially for being such a loving grandad to my little girls. . . . I understand that he recently made some grave mistakes, but I am writing to request leniency as he would be sorely missed by those closest to him, like his grandchildren, for which he would be able to make a lasting positive impression during their most formative years just as he did for all his children, grandchildren, nieces, nephews, mentees, colleague[s], family, and friends." (Ex. 3.)

- From Khadeja: "In short, my dad is my hero, but he is by no means perfect. . . . So I am shocked at the circumstances at hand. My dad doesn't ever want to burden anyone with his issues but he goes above and beyond for others consistently. Again he's a very loving husband to my mom and an incredible father to all of his children, the best a kid can ask for. . . . To know my dad is to love him and he was the foundation as well as my mom for my upbringing." (Ex. 6.)

- From Brittani: "Growing up I was always asked 'who is your role model?' and with no doubt or second guess in my mind, I would always say 'my father'. My father is my best-friend, my protector, my hero, my confidant and so much more but one thing he is, is a FANTASTIC father. . . . Having a father like mine is an absolute blessing and I am so grateful that God was able to give me an amazing figure such as my dad. I wouldn't trade him for the world! My father is truly unique. The person that is being portrayed to the [C]ourt and the government is not my father." (Ex. 5.)

- From Tyler: "Growing up with four older sisters and being the only boy, my father has always been my role model. . . . Judge Rakoff, I know for a first impression under these terms it can be more difficult to view him in this manner but my father is a very caring and well-respected individual who [] made a mistake." (Ex. 7.)

**(d)   Jerome's Kindness to Others**

Jerome's character is also evident in his kindness to others, which shines through in the letters submitted to the Court. As his daughter Nicole explains:

> "One of the earliest memories I can recall where I witnessed his character in action occurred during a gas station stop when I was about 5-years old. A young lady was being battered by her boyfriend. I can only imagine the split-second decision he made [to] aid someone in trouble and put himself at risk for a stranger. It speaks to who is at his core, a caring person who could not stand idly by knowing that he could lend some assistance." (Ex. 3.)

Jerome also helped raise his nephew, stepping in as a father figure when one was needed. "The examples he's set for me growing up are what I've hung my hat on . . . [s]imilar to a boxer

7

returning to his corner after each round[,] my uncle to me is someone who I could celebrate my successes with." (Ex. 9.) For other relatives, suddenly ousted from their apartment, he has made room not just in his life but in his one bedroom home until they were safely able to move: "He has a heart of gold. . . it is one of the values that was a constant echo, 'he always put family first.'" (Ex. 2.)

For the friends and husbands of his daughters, Jerome has acted as confidant, counselor, and friend, providing "thoughtful and impartial" advice in challenging situations. (Ex. 8.) As a close friend of his daughter recalls:

> "Mr. Austin has been a stable adult figure for more than half of my life. I have been best friends with his twin daughters Natasha and Nicole since I was 12 years old. I spent many of my formative and adult years in the company of Mr. Austin and his entire family. They have always welcomed me into their home and at their table as a member of their family. . . After I married, my husband Anthony was also enthusiastically welcomed and brought into the fold, connecting with each other due to having a similar heritage and interests." (Ex. 10.)

His son-in-law Sheldon recalls a particularly difficult instance in his life, where Jerome was the only one he could turn to:

> "Many years ago, shortly after having our first daughter, my wife and I went through a bit of a rough patch. I questioned my life decisions up until that point, I felt I wanted to be on my own and that there was so much more I was missing. I questioned whether being a fulltime husband and Dad was the life I wanted. Not having a close relative or friend at that time who was able to endure and relate to these challenges, I reached out to Mr. Austin to seek council. His advice was thoughtful and impartial, he considered my best interest even though he knew the decision I made would impact his daughter and granddaughter." (Ex. 8.)

It is clear that Jerome's kindness and influence has not gone unnoticed by those around him, as family friends write:

> "I always speak about how fortunate I am to have best friends like Nicole and Natasha, however, it is important to note that they are as amazing as they are mostly in part because of their Father. . . No matter how daunting a job may be, or even if he knew that he was overqualified, he always remained humble and just wanted to take care of his family and see each one of them do and be better than he was." (Ex. 11.)

8

> "[Jerome] has always been known to me as a provider and a protector; a figure who is immense in character." (Ex. 10.)

3. THE OFFENSE CONDUCT

(a) The Beekman Securities Scheme

Jerome Austin participated in a conspiracy with Robert Lenard Booth to sell nonexistent securities to investors outside the United States. His role started as proofreader and drafter of material on the websites used in the scheme, and then became "opener" in making cold calls to potential investors.

(i) Jerome's Relationship with Trevor Nicolas

Jerome has always known Robert Booth as Trevor Nicholas. Jerome and Trevor met while working as car salesmen for Potamkin Toyota in 1984. They shared a Jamaican heritage and Jerome viewed Trevor in these early days as a mentor and friend. While Jerome and Trevor did not work together for long, their friendship continued for years. Trevor attended Jerome's wedding to Annmarie Bull, and they had regular phone calls and occasional meals together.

Trevor moved to Thailand in the early 2000s. Jerome visited Trevor there twice, once in 2002, with his mother and son as part of a family trip, and again around 2010. It was during this second trip to Thailand that Jerome glimpsed Trevor's lifestyle and sensed that Trevor wanted to recruit him to help with a scheme. Jerome witnessed certain aspects of Trevor's scheme at this time, and he met Trevor's partner, JJ. But Jerome returned home without an intent to participate.

Jerome was diagnosed as morbidly obese in 2012 and had gastric band surgery, and he found all the movement associated with being a car salesman to be too taxing on his body. Jerome moved to Panama at the urging of a close friend and with the goal of maintaining a healthier lifestyle. Trevor continued to recruit Jerome to help with his business and, from 2016 until roughly 2018, Jerome agreed to assist Trevor in order to supplement his disability income. In the early years of his involvement, Jerome proofread the websites and edited text for informational pamphlets used on the websites as part of the scheme. Trevor paid Jerome on a task-by-task basis for his efforts.

Trevor convinced Jerome to start making calls to potential investors, in addition to the *ad hoc* editing tasks, in 2018. Trevor gave Jerome a desk phone that made him appear on the recipient's caller ID to be in New York (while he was physically sitting in Panama), and Trevor or his colleague JJ also provided Jerome with lists of phone numbers, known as "leads," and scripts for the calls. Jerome therefore became an "opener" for the scheme; *i.e.* Jerome made the initial calls to potential investors using a fake name and business title and, if an investor expressed interest in whatever security he was selling, he passed their information back to Trevor so he could close the deal. Trevor agreed to pay Jerome a 10% commission on every victim payment he brought into the scheme, but Jerome brought few victims and was not always paid for his work.

Trevor then moved to Panama for a short time in 2019. A WhatsApp chain with texts from 2019, introduced in evidence at the trial against Trevor, shows the relationship between Trevor and Jerome:

- YOU ASL ME TO PROOFREAD THE WEBSITE I DID IT. YOU ASK ME TO REWRITE THE PITCH ON THE FIRST STOCK. I DID IT. AND NOW MY LIGHT BILL IS PAST DUE AND I NEED SOME MONEY TO TAKE CARE OF IT. . . YOU TOLD ME YOU WOULD TAKE CARE OF ME ON FRIDAY WHICH IS ALL BULLSHIT. YOU ONLY SAID THAT TO SWEET ME UP TO DO IT. THEN WHEN I SAID IF YOU COMMIT TO ME TO SEND THE MONEY ON FRIDAY, YOU STARTED TO BUCK SHUFFLE. BRO I AM IN DIRE STRAIGHT NOW AND SINCE I NEED TO TAKE CARE OF MY SHIT SINCE YOU GIVE ME ALL EMPTY PROMISES, JAY I WON'T MAKE YOU STARVE AND ALL THE OTHER NONSE. IT SOUNDS GOOD BUT DO YOU THINK THE LAST 400 YOU SENT ME BEFORE THANKSGIVING I STILL HAVE MONEY LEFT FROM THAT" (Gov't Ex. 104, pg. 178 (March 19, 2020).)

- ". . .THE LAST TIME I WAS AT THIS POINT YOU MADE ME GO TO THE ATM TO SHOW YOU I WAS DOWN AND OUT. THIS IS WHERE I AM AT NOW. . . . Do i send you photos of my fridge and closet to show you I have nothing here." (Gov't Ex. 104, pg. 27 (October 24, 2019).)

- "YOU OBVIOUSLY WANT TO SEE ME SUFFER AND RUN BEGGING TO YOU. I WON'T DO THIS ANY MORE.. TRUST ME. I AM 56 YEARS OLD. I AM MAY BE PENNILESS BUT I STILL HAVE MY DIGNITY. I'LL NEVER FORGET YOU

10

> WALKED ME TO THE ATM TO VERIFY THAT I HAD NOTHING IN MY ACCOUNT." (Gov't Ex. 104, pg. 82 (December 6, 2019).)

Trevor received at least $780,000 in proceeds from the Beekman Securities scheme. Jerome received approximately $91,100 during his six-year involvement in the scheme.

**(b)   The Commodities Fraud Scheme**

While in Panama, Jerome also worked as a caller and then oversaw a small group of callers in an unrelated scheme to sell nonexistent commodities contracts to investors outside the United States. Jerome called potential investors, primarily in Canada, Australia, and the United Kingdom, in an attempt to sell them fictitious contracts for oil and gas, precious metals, and orange juice. In 2019, Jerome stopped making calls and became a banker for the operation; he opened two corporate bank accounts under the names of shell companies to assist the flow of victim funds. The accounts were initially dormant but, by 2020, he had received a 10% commission on the proceeds that flowed through the accounts. Jerome estimates that he made between $70,000 and $80,000 from this scheme between 2016 and 2019 and another $20,000 in commissions in 2020.

**(c)   False Statements**

Jerome hid his involvement in the commodities fraud scheme from the government until it identified payments to one of his corporate accounts. He then confessed his role and has pleaded guilty to making false statements to federal agents under 18 U.S.C. § 1001 (a)(2).

**(d)   Flight**

As outlined above, the false statements, once discovered, prompted a quick reevaluation of Jerome's status by the government, and he pleaded guilty, pursuant to a cooperation agreement, in the middle of the Booth trial. Having signed him up, the government chose not to call him at trial. When attempts to make an additional case failed to gain traction, Jerome panicked and flew to Jamaica. Predictably, that flight was unsuccessful. He was arrested in Jamaica, waived extradition, and was returned to New York at the end of August 2022.

4. **WE ASK THE COURT FOR LENIENCY**

Applying the 3553(a) factors rather than the Guidelines, the appropriate sentence for Jerome Austin is a fraction of that recommended by Probation.

### (i) Nature and Circumstances of the Offense and Just Punishment

Jerome was a bit player in the Beekman Securities scheme.

*First*, Jerome played essentially two roles and at different times:

1. From 2016 until roughly 2018, Jerome completed *ad hoc* tasks at the request of Trevor or his assistant, JJ, such as reviewing and editing the narratives on the webpages for the fake brokerage firms or any other related informational materials, so that they appeared more legitimate; and

2. Starting in 2018, Jerome acted as an "opener" or "fronter" making the initial calls to potential victims. In this role, Jerome was tasked with calling the leads he received from Trevor or JJ to identify the investors with real interest before passing their information back to Trevor to close the deal.

Unlike Trevor, Jerome had no role in organizing or running the scheme. He did not create the fake brokerage firms or any associated shell companies. He did not handle victim funds, nor did he open or manage any bank accounts. He had no decision making authority; he did not decide how the money should flow between offices, staff, or accounts, he did not employ any callers in Panama nor organize such a call office for the Beekman Securities scheme. In fact, Jerome had never heard the names of any of Trevor's other co-conspirators, including the banker and money launderer, until his trial preparation sessions with the government.

*Second,* Jerome received approximately $91,000 in total from Trevor over the six years in which he was involved. This is approximately one ninth of the profits Trevor received during the two-year period of the scheme proved at trial.

*Third,* the Whatsapp chats show the relationship between Trevor and Jerome: Trevor had the money and the power; Jerome was on bended knee asking for help. Clearly Jerome was engaged in wrongdoing, but on a relative culpability basis there is no comparison between the two men.

In sum, Jerome's participation in Trevor's securities fraud scheme was limited to specific, low-level tasks for which he earned a small portion of the profits.

### (ii)    Deterrence

A sentence well below the recommended Guidelines range will provide sufficient deterrence from future criminal conduct. Jerome will be nearly 60 years old at sentencing; the experience of the last three months has vividly taught him the consequences of misconduct.

### (iii)    Protection of the Public

Tied to the deterrence point above, Jerome has learned his lesson, as he will attest to the Court at sentencing. He is no continued threat to the public.

## CONCLUSION

We respectfully ask the Court to consider the whole Jerome, in his life and in his mistakes, and to sentence him to a fraction of the time imposed on Trevor Nicholas.

Respectfully Submitted,

/s/ David Esseks
David Esseks
Melinda Bothe

Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300

*Counsel for Defendant Jerome Austin*

Dated: New York, New York
September 23, 2022

13